**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No. 24-3108 (DWF/DJF)

This Document Relates to:

Gabriel Pethick, *Individually and on Behalf of All Other Persons Similarly Situated*,

Plaintiff,

v. Civil No. 25-481 (DWF/DJF)

Change Healthcare, Inc., CVS Pharmacy Inc.,

Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal with Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [227]); Civil No. 25-481 (DWF/DJF) (Doc. No. [36])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE,** and on the merits without costs, disbursements, or attorneys' fees to any party.

Dated: March 6, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Court